Exhibit A to the Complaint

**Location:** Round Rock, TX  
**Total Works Infringed:** 37  
**IP Address:** 35.147.39.173  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 5463DF03D918B469190A59518CDCF7E245D6494C<br>File Hash:<br>99CF4E2A7DE075529D188AE25D2CE7350FBE9326B94D51C982585001266F73B3 | 12-08-2023<br>20:05:06 | Vixen | 11-25-2019 | 12-09-2019 | PA0002216264 |
| 2 | Info Hash: A46EF5D51533052AB5DB18AD5D59C02498112521<br>File Hash:<br>E5D45312A0B249EB3F0741F4B012A08C297C648B314375ED6CC0A752B45BE90B | 12-08-2023<br>20:04:59 | Vixen | 12-03-2021 | 12-09-2021 | PA0002325832 |
| 3 | Info Hash: 76D21AD8087AA69EB7BF4DF16ED603A1411A7EC4<br>File Hash:<br>881B0BBBE91B6CE7C3868F008B3DEBAF1457A2EF08F853226BC34984B338C2B5 | 12-08-2023<br>20:04:55 | Vixen | 01-24-2020 | 03-15-2020 | PA0002240434 |
| 4 | Info Hash: C66CB7D5D924FC8D5C68C719745BB62596B66AFD<br>File Hash:<br>031ACED7B2C24AB488358162A8C9D1CB410F3313AFF7A11A596876477EFD2BB9 | 12-08-2023<br>20:04:42 | Vixen | 11-20-2019 | 12-09-2019 | PA0002216255 |
| 5 | Info Hash: 775F2CA14447D23424007E92CCEAE9378307B48E<br>File Hash:<br>393A96A4745DB1CF46E96730EAB57731FE56A1C423EE2CE3AFB30A929D0BE688 | 12-08-2023<br>20:04:38 | Vixen | 10-15-2021 | 10-19-2021 | PA0002317061 |
| 6 | Info Hash: 728FEEBA350EC584BC7E9E2759A64F759E9B7855<br>File Hash:<br>AD5470EFA8A5C85886C8855DB48558326273F73168397DFFC88EE5E6B5BB1A2A | 12-08-2023<br>20:04:37 | Vixen | 01-04-2020 | 01-27-2020 | PA0002223959 |
| 7 | Info Hash: 605C9418209F27737FD241EF51A32CBFABAAB038<br>File Hash:<br>829D6412707F891385AF6D5D9F69B5AD482B7B98A9A32076BD46AF58D55F6B74 | 12-08-2023<br>20:04:32 | Vixen | 03-25-2019 | 04-16-2019 | PA0002187577 |
| 8 | Info Hash: 6A00929B3D2F54C7FF7C31812DA1CEB6F03A8DF0<br>File Hash:<br>E7517A6F80C556646938E7C39ABB9A3F1BB5D89FF3E3D535E96E9F527B6321A6 | 12-08-2023<br>20:04:30 | Vixen | 03-09-2020 | 04-17-2020 | PA0002246165 |
| 9 | Info Hash: 4403352121D56924807F7F9DF7A14C44DEA072DF<br>File Hash:<br>FEF9647417291DD6DA1D0E86E29C9FC98054962C129CAD5C2CA376AF27FCA7DF | 12-08-2023<br>15:52:29 | Vixen | 11-20-2020 | 11-30-2020 | PA0002266357 |
| 10 | Info Hash: 21A2845346091F5C6640233B97139C5098FFE408<br>File Hash:<br>C04D526F2D183862334513293B8A22620011286784F1702EE7A53B03A5570927 | 12-08-2023<br>15:52:27 | Vixen | 03-17-2023 | 04-10-2023 | PA0002405944 |
| 11 | Info Hash: 976324666E71A36AD5A57C4A0425611DE9DC22F9<br>File Hash:<br>DA140D57E0BF2003E13499E9F4F2B4677CAA61568F933B95157A809F4546F2CB | 12-08-2023<br>15:52:22 | Vixen | 03-15-2019 | 04-08-2019 | PA0002164872 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: E39F895D4E58E9EA65935691E4A56CFB734D2130<br>File Hash: 373DA38A6EE57F5FE551626B91C3993D8C1B3FE6537F8F531778AFFFFB969F96 | 12-08-2023 15:52:09 | Vixen | 02-03-2023 | 03-07-2023 | PA0002400312 |
| 13 | Info Hash: CF200D8754F2C358A35BC087A3A9B21F3D7087C1<br>File Hash: 498BD96165111E7484DBA92321D6D173186C2C79354BCB6CB834BE0D70745559 | 12-08-2023 15:52:08 | Vixen | 07-24-2020 | 08-03-2020 | PA0002259166 |
| 14 | Info Hash: 59273C2580C92D41695C8A1D890F6F4AB3D63299<br>File Hash: C0F97DC824E118F0CA0225BB2C6B6E04DD9B1E2F68E10D364DD9F6F24E2E081F | 12-08-2023 15:52:07 | Vixen | 06-17-2022 | 06-27-2022 | PA0002355040 |
| 15 | Info Hash: B5AA5C3AB921F95936B7D911457ED412E86496CC<br>File Hash: 622428573E787EC0A79B734175F79713DFADA96C407F7EC2D81CBEA1D8D2AE54 | 12-08-2023 15:51:59 | Vixen | 09-29-2021 | 11-11-2021 | PA0002321322 |
| 16 | Info Hash: 727178DEDE59549B0F3D19A6AE9F515971FBF3AC<br>File Hash: 9FDA321883F29EEEC3762C56924CB22E57A8F3DAD2A6A2539740A75970060C20 | 10-19-2023 19:28:53 | Vixen | 01-08-2021 | 02-02-2021 | PA0002280513 |
| 17 | Info Hash: C4341AB2306D83510740DDA9FA289306F8874A79<br>File Hash: E3929017009B2C9EFC94F419309B16346A86AAE8361D5BA626E7E98131473127 | 10-19-2023 19:28:34 | Vixen | 07-08-2019 | 09-10-2019 | PA0002199411 |
| 18 | Info Hash: 75B7A9E8BB57C0DED8FB1DCEF38262201FC77BAF<br>File Hash: E87665078C528E45A21C3829655A181D79A3FC75EBB016128A1AD0802A521642 | 10-19-2023 16:27:48 | Vixen | 12-20-2019 | 02-03-2020 | PA0002225564 |
| 19 | Info Hash: D156C5F6B8F3AF78BE99FC1DD0FBF7177BBCED5C<br>File Hash: 59510D6F123F21429DA99C2323BF6EC72A9E3C364259F9D987AE22848F5FC312 | 10-19-2023 16:26:33 | Vixen | 10-22-2021 | 11-11-2021 | PA0002321272 |
| 20 | Info Hash: 922634E7CFB428C3A8228E645582A62731EC0260<br>File Hash: CE522B18B342B88BE7BD722D82CE0FE16AD188FBEE4A22D8770976E5572527BE | 10-14-2023 22:31:26 | Vixen | 02-11-2022 | 02-14-2022 | PA0002335457 |
| 21 | Info Hash: A7671D9A943B4580C4CA097645722A9860A70621<br>File Hash: 72E74631F4ADA633B04B9331C52924F1A7B9409CADA4E594E20FF2294EA23A82 | 10-06-2023 18:55:21 | Vixen | 12-30-2018 | 01-22-2019 | PA0002147900 |
| 22 | Info Hash: 958114234F010ED12787587C6B9FA13E19388CF1<br>File Hash: 17C933C89E74662BB0E434F950700350EFBF8409B3B5B23B799B9C7E11D2DFA7 | 10-06-2023 18:55:16 | Vixen | 10-26-2018 | 12-10-2018 | PA0002145824 |
| 23 | Info Hash: 866ED08FAA30A005479E7691EE82140D1B4C8592<br>File Hash: AA2912896C18FA2955A26EE8C7F058CBDB7BEA61524FE3480F75CC7F58C4B7C6 | 10-06-2023 18:49:41 | Vixen | 12-05-2018 | 12-18-2018 | PA0002141920 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 7724965CFD0EFA204861E4994E4C375734FAC910<br>File Hash:<br>286323955D74354AFF7C69BDC5987ADA524396D42AE7DC47C1CC0BFC5ECC40F6 | 10-06-2023<br>18:49:09 | Vixen | 03-05-2019 | 03-31-2019 | PA0002163982 |
| 25 | Info Hash: 1BB2EF62252597B1353F2947F015A86982A0E19F<br>File Hash:<br>F41BE8C6350F2DB9D42BCFC852F0226B8CF802B79821D9C42A3895FCCFC5E94A | 10-06-2023<br>15:48:25 | Vixen | 07-28-2019 | 08-22-2019 | PA0002195513 |
| 26 | Info Hash: EA3A1459FD63ECD6B26644B90833EB3BD0C7E235<br>File Hash:<br>9B6D30AB5416FA0F28F38AE7FA2EAC0827AAEF8EB08070BAE6ADCC878CE352CA | 10-06-2023<br>15:48:21 | Vixen | 06-13-2018 | 07-14-2018 | PA0002128389 |
| 27 | Info Hash: 2F83CE09B1F20BE375C20F1028CD3FBEF3813FDE<br>File Hash:<br>B0CF8CDC8AB738EDE332DBC1B97E7D7E6A7F0F85DE8FDA2BE1DA130155775A70 | 10-06-2023<br>15:48:05 | Vixen | 02-18-2019 | 03-11-2019 | PA0002158598 |
| 28 | Info Hash: 242A0C82FBB19155975CE924BD6E19FD3A9E7A8C<br>File Hash:<br>14C9457040DBE0CAEB710C8B25B52506C4D506C4E2514358330F6552C99D6266 | 10-06-2023<br>15:47:20 | Vixen | 07-17-2020 | 08-11-2020 | PA0002252259 |
| 29 | Info Hash: F25817E594908EA8A9E9E38596A20DA2D2230ADA<br>File Hash:<br>1C87A9DA1C044AB0BB163AF53D4AFC3207AB4AB9F481586EF90413379D95FF70 | 10-06-2023<br>15:46:58 | Vixen | 04-09-2019 | 04-29-2019 | PA0002169963 |
| 30 | Info Hash: 8F914AD5D985A4614B945A9CBAEA70996038A99E<br>File Hash:<br>499AAECDDEB0EF38775D6585DDFB835C753A3B942C24192C172D512837C47F65 | 09-25-2023<br>23:48:09 | Vixen | 07-03-2018 | 07-26-2018 | PA0002112153 |
| 31 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash:<br>7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 09-25-2023<br>20:45:54 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |
| 32 | Info Hash: DC768907AE67C7719EBA3E6127BDA1E1B22F5B99<br>File Hash:<br>3C8B12EED58DD78B3687F1B9879C73CB5997C15C7FAAD4A3FB7A049BDA7DACF3 | 09-25-2023<br>20:45:29 | Vixen | 07-28-2018 | 09-01-2018 | PA0002119572 |
| 33 | Info Hash: EFDB886D8D69B8D7CC31153066C52424FA716283<br>File Hash:<br>93102C27DC519B2CE7C98574FF209BD6AC36DFAEC9CD1A7A0B39FAA5828B69F7 | 09-25-2023<br>20:45:27 | Vixen | 06-23-2018 | 07-26-2018 | PA0002112155 |
| 34 | Info Hash: 7C99E492EC61646CED06952C682B68AACFCD7C33<br>File Hash:<br>7065F8A4A31E575DD63240B683BF3D1777AFE7B881F5FD81849D9BD1F9CE80DA | 09-25-2023<br>20:44:55 | Vixen | 02-23-2019 | 04-29-2019 | PA0002169931 |
| 35 | Info Hash: 1D776B312EED6B333958DB3EB861F64244B1C4FD<br>File Hash:<br>66585CE8B1AF77455F9AFB885A7452742E7D44C093CCB425725E53E19C2A9D5B | 09-25-2023<br>17:38:18 | Vixen | 06-13-2019 | 08-02-2019 | PA0002192295 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: E41C90221769A1961A5EC20D3FD99801CA822C65<br>File Hash:<br>D90C0BB94C6B4909EBE8B787F6EC395AE0BF45587AB3967F242653BAEF49DDC2 | 09-25-2023 17:34:49 | Vixen | 01-09-2019 | 02-02-2019 | PA0002155377 |
| 37 | Info Hash: 132F076C81DCEB828E8C030B612BBFB9F02099AE<br>File Hash:<br>0DE0FD5B5AEE9EBB0B156A06D53C8928AF9CAA1D8E2546107BA8EDD71B3015AE | 09-25-2023 17:19:04 | Vixen | 05-24-2018 | 07-14-2018 | PA0002128388 |